IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOYCE M. WALLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV-06-580-L |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for supplemental security income under the Social Security Act. Pursuant to 28 U.S.C. § 636(b), this matter was referred to the Honorable Doyle W. Argo for initial decision. On April 17, 2007, Judge Argo issued a Report and Recommendation recommending that the Commissioner's motion to remand be granted, the Commissioner's decision be reversed, and this matter be remanded for further proceedings.

The court file reflects that no party objected to the Report and Recommendation within the time limits prescribed. Having conducted a de novo review of this matter, the court finds that the Report and Recommendation should be adopted in its entirety. The Commissioner's Motion to Reverse and Remand for

Further Administrative Proceedings (Doc. No. 21) is GRANTED.  The decision of the Commissioner is therefore REVERSED.  This matter is REMANDED to the Commissioner for further proceedings, during which the Commissioner should fully address all issues discussed in the Report and Recommendation.  *See* Report and Recommendation at 7-9.  Judgment will issue accordingly.

It is so ordered this 9th day of May, 2007.

*/s/ Tim Leonard*
TIM LEONARD
United States District Judge